## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

## CIVIL NO. 2:04CV174

| | |
|---|---|
| **MELVIN PIEDMONT NURSERY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **J U D G M E N T** |
| ) | |
| **E. I. DUPONT DE NEMOURS** ) | |
| **AND COMPANY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

For the reasons set forth in the Memorandum of Opinion filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

**Signed: November 7, 2005**

Lacy H. Thornburg
United States District Judge