# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:04CV174

| | |
|---|---|
| MELVIN PIEDMONT NURSERY, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> E. I. DUPONT DE NEMOURS ) <br> AND COMPANY, ) <br> ) <br> Defendant. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's motion to seal the letter and opinion of the North Carolina State Bar submitted in support of its motion for relief from judgment. Although not otherwise identified, the Court has determined that the document to be sealed is Exhibit 4.

For the reasons set forth in the motion to seal and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to seal is **ALLOWED**, and Exhibit 4 attached to Plaintiff's motion for relief from judgment shall be sealed until further order of this Court.

Signed: August 4, 2009

Lacy H. Thornburg
United States District Judge