IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:04-CV-174-GCM

| | |
|---|---|
| MELVIN PIEDMONT NURSERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| E. I. DUPONT DE NEMOURS AND ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate Dennis L. Howell, filed September 30, 2009. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 10 days after service of the memorandum. Plaintiff timely filed an objection, and the Defendant timely filed a response.

After an independent and thorough review of the magistrate's memorandum, Plaintiff's objections thereto, Plaintiff's Memorandum in Support of Motion for Reconsideration, and Defendant's Memorandum in Opposition, the Court concludes that the recommendation to deny Plaintiff's Motion for Reconsideration is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, and Plaintiff's Motion for Reconsideration is DENIED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: March 11, 2010

Graham C. Mullen
United States District Judge